(82 South. 644)
BUTLER v. STATE. (6 Div. 586.)

(Court of Appeals of Alabama. May 20, 1919.)

Appeal from Circuit Court, Jefferson County; F. Loyd Tate, Judge.

Sam Butler was convicted of an offense, and appeals. Affirmed.

M. B. Grace, of Birmingham, for appellant.
J. Q. Smith, Atty. Gen., and Horace Wilkinson, Asst. Atty. Gen., for the State.

BROWN, P. J. See Robert Simmons v. State, ante p. 153, 82 South. 643, 6 Div. 595. Affirmed.

---

(82 South. 644)
GARNER v. STATE. (3 Div. 353.)

(Court of Appeals of Alabama. June 10, 1919.)

Appeal from Circuit Court, Montgomery County; Leon McCord, Judge.

Arthur Garner was convicted of assault to murder, and appeals. Affirmed.

H. B. Fuller and Hill, Hill, Whiting & Thomas, all of Montgomery, for appellant.
J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. There is no error in the various rulings of the court and no error in the record. Under the rule announced in Simmons v. State, ante, p. 153, 82 South. 643, no opinion will be written.
Affirmed.

---

(82 South. 644)
CHAPMAN v. STATE. (6 Div. 570.)

(Court of Appeals of Alabama. June 3, 1919.)

Appeal from Circuit Court, Walker County; J. J. Curtis, Judge.

Oscar Chapman was convicted of murder in the second degree, and appeals. Affirmed.

J. Q. Smith, Atty. Gen., for the State.

SAMFORD, J. We have examined the record of this case and considered each exception reserved by the defendant on the trial, and find no error on the part of the trial judge or in the record. The judgment is affirmed.
No brief having been filed in support of the appeal, following the rule announced in Simmons v. State, ante, p. 153, 82 South. 643, no opinion will be written.
Affirmed.

---

(82 South. 644)
WHITE v. STATE. (6 Div. 576.)

(Court of Appeals of Alabama. June 17, 1919.)

CRIMINAL LAW ☞1182 — DISPOSITION OF APPEAL—OPINIONS.

Where no brief or argument is submitted supporting an appeal by one convicted of crime,

the appellate court will examine the record, and if it is free from error the judgment will be affirmed.

Appeal from Circuit Court, Jefferson County; Charles W. Ferguson, Judge.

Rosa White was convicted of crime, and she appeals. Affirmed.

Roderick Beddow, of Birmingham, for appellant.
J. Q. Smith, Atty. Gen., and Horace Wilkinson, Asst. Atty. Gen., for the State.

BROWN, P. J. In Robert Simmons v. State, 82 South. 643,[1] we laid down the rule that when no brief or argument is submitted supporting the appeal we will examine the record, and if the record is free from error the judgment will be affirmed without promulgating an opinion. This case is within that rule.
Affirmed.